# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEOPLE'S UNITED EQUIPMENT CORP.**, *formerly known as* **FINANCIAL FEDERAL CREDIT INC.** : : : : **Plaintiff** : : v. : : **GOT TRASH, INC.** : : **Defendant** : | **CIVIL ACTION NO. 4:11-CV-1767** (Judge Conner) |

## ORDER

AND NOW, this 27th day of September, 2011, upon consideration of the motion for issuance of *ex parte* order of seizure (Doc. 3), filed by plaintiff People's United Equipment Corp., it is hereby ORDERED that Plaintiff's motion is GRANTED.

Upon posting of a bond by Plaintiff, as set forth below, the Marshals are directed to, and shall, seize from the possession of defendant, Got Trash, Inc., and turn over to Plaintiff the property ("the collateral") more particularly described in Plaintiff's complaint in replevin and for money judgment (Doc. 1) described on Exhibit "A" to this order.  The defendant is prohibited from using, transferring or otherwise dissipating the collateral and must disclose the location of all collateral to Plaintiff.  Defendant shall empty, clean, and dump all containers comprising collateral prior to seizure.

The court shall schedule a hearing for a time within 72 hours after the Marshal has seized the collateral, and Plaintiff is directed to serve notice of the hearing, the complaint in replevin and for money judgment (Doc. 1), the motion for issuance of *ex parte* order of seizure (Doc. 3) and this order of seizure on Defendant and/or any other party in possession of the subject property immediately and file an affidavit of service with the court.  Plaintiff shall have posted a bond with the court in the amount of $ 365,000.

  S / Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

EXHIBIT "A"

| DESCRIPTION | Quantity | SERIAL NUMBER(S) / VIN # |
|---|---|---|
| 1999 Mack Chassis Model MR688S with attached | 1 | 1M2K195C8XM014563 |
| 40 yard EZ Pack Front Loader Body | 1 | F10080E405E |
| Two Yard Wastequip Front Load Slant Container | 7 | 2260-2265, 2267 |
| Three Yard Wastequip Front Load Slant Containers | 22 | 0656-0658, 0660-0667, 2610-2620 |
| Four Yard Wastequip Front Load Slant Containers | 20 | 2529-2549 |
| Six Yard Wastequip Front Load Slant Containers | 41 | 2274-2305, 2423, 2425, 2430, 2447, 2448, 2450, 2575, 2576, 2605 |
| Eight Yard Wastequip Front Load Slant Containers | 30 | 1866, 1910-1912, 1914, 1915, 1933, 1934, 2456-2467, 2473-2481, 2494 |
| Two Yard Wastequip Front Load Slant Containers with Lids | 5 | WQ 1010 0004064-68 |
| Three Yard Wastequip Front Load Slant Containers with Lids | 5 | WQ 1010 0003736-40 |
| Four Yard Wastequip Front Load Slant Containers with Lids | 5 | WQ1010 003765-69 |
| Six Yard Wastequip Front Load Slant Containers with Lids | 55 | WQ1010 0004707-61 |
| Eight Yard Wastequip Front Load Slant Containers with Lids | 16 | WQ1010 0004658-73 |
| Ten Yard Wastequip Front Load Slant Containers with Lids (45) | 45 | WQ1010 0004858-4902 |